# BARRY N. GUTTERMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
THE LINCOLN BUILDING
60 EAST 42nd STREET, 46th FLOOR
NEW YORK, NEW YORK 10165
(212) 983-1466
FAX (212) 983-1229
e-mail: bngasso@aol.com

California Office:
12520 Magnolia Blvd., Suite 206
Valley Village, California 91607-2336

New Jersey Office:
33 Philhower Road
Lebanon, New Jersey 08833-4537

September 20, 2007

**VIA FACSIMILE (212) 805-7912**
Honorable John G. Koeltl
U.S. District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

RECEIVED SEP 19 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

Re: **CNA Insurance Company v. Transportation Resources, Inc., et. al; 07-cv-6346 (JGK) (RLE); Our File: TR-2801**

Dear Justice Koeltl:

Our office will be representing defendant Transportation Resources, Inc. ("TR") in the above-captioned case.

Our purpose in writing to you is for an extension of time for TR to file its Answer. The Answer was due on September 11, 2007 but TR contacted us yesterday to represent their interests. Accordingly, we request an extension to October 5, 2007. Plaintiff's counsel consents to this request.

Respectfully submitted,

Barry N. Gutterman

SO ORDERED
9/20/07
John G. Koeltl
United States District Judge

cc: Edward C. Radzik, Esq.
via fax (212) 376-6488
Attorney for Plaintiff