# DeOrchis, Wiener & Partners, LLP

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

*Attorneys at Law and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Facsimile: (212) 422-5299
www.marinelex.com

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

September 28, 2007

Richard L. Furman, Partner
rfurman@marinelex.com

2 Pages Via Facsimile: 212-805-7912
Honorable John G. Koeltl
United States District Judge
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

Re: CNA Insurance Company a/s/o Corning, Inc.
v. Transportation Resources Inc. and U.A. Trucking Inc.
Case No. 07 cv 6346
Our File: 4415-001

Dear Judge Koeltl:

We are the attorneys for U.A. Trucking Inc., one of the defendants in the above-captioned action.

We are advised that the Court has scheduled a preliminary conference with the parties this coming Tuesday, October 2, 2007. We are writing with the consent of counsel for all parties to request an adjournment of the conference.

The undersigned will be traveling the week of October 1. In addition, it is our understanding that counsel for co-defendant, Transportation Resources Inc., has been granted an extension of time within which to file an answer. Likewise, plaintiff has graciously agreed to a brief extension within which U.A. Trucking may file its answer.

Honorable John G. Koeltl
Page 2
September 28, 2007

      In view of all the foregoing, it is respectfully requested that the within request for rescheduling of the conference be granted.

Respectfully submitted,<br>
DEORCHIS, WIENER & PARTNERS, LLP<br><br>
By _____<br>
Richard L. Furman

RLF:npo

cc:    <u>Via Facsimile: 212-376-6490</u>
       Edward C. Radzik, Esq.
       McDermott & Radzik

       <u>Via Facsimile: 212-983-1229</u>
       Barry N. Gutterman, Esq.
       Gutterman & Associates

W:\4415-001\letters\koeltl, honorable john 092807.rlf.doc-npo