Barry N. Gutterman, Esq. (BG6410)
Robert Briere Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Transportation Resources, Inc.
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CNA INSURANCE COMPANY, a/s/o CORNING, Inc.<br><br>   Plaintiff<br><br>v.<br><br>TRANSPORTATION RESOURCES, INC. and U.A. TRUCKING, INC.<br><br>   Defendants. | ECF Case<br><br>07 CV 6346<br>(Judge Koeltl)<br><br>LOCAL RULE<br>7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Transportation Resources, Inc., a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Transportation Resources, Inc. or publicly held corporations that own 10% or more of Transportation Resources, Inc. stock:

**NONE**

Dated: New York, New York
October 1, 2007

        By:    /s/ <u>Barry N. Gutterman</u>
                 Barry N. Gutterman, Esq. (BG6410)
                 Robert Briere, Esq. (RB6080)
                 Barry N. Gutterman & Associates, P.C.
                 60 East 42nd Street, 46th Floor
                 New York, New York  10165
                 Phone: (212) 983-1466
                 Fax: (212) 983-1229

                 Attorneys for Defendant
                 Transportation Resources, Inc.

To:    Edward C. Radzik, Esq. (ER-2473)
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street – 21st Floor
        New York, New York 10005-1801
        (212) 376-6400

        Attorneys for Plaintiff

and

        Richard L. Furman, Esq.
        DeOrchis Wiener & Partners, LLP
        61 Broadway, Suite 2600
        New York, New York, 10006-2802
        Phone (212) 344-4700
        rfurman@marinelex.com

        Attorneys for U.A. Trucking, Inc.

TR.2801.7.1