UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CNA INSURANCE CO.,

       Plaintiff,

 - against -

TRANSPORTATION RESOURCES, INC., et al.,

       Defendants.

---

07 Civ. 6346 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 The parties are directed to appear for a conference on November 8, 2007 at 4:30 p.m.

SO ORDERED.

Dated: New York, New York
    October 10, 2007

              /s/ John G. Koeltl
              John G. Koeltl
            United States District Judge

1