```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

CNA Insurance,

                Plaintiff,        07 Civ. 6346 (JGK)

      - against -           ORDER

Transportation Resources, et al.

                Defendant.
--------------------------------

JOHN G. KOELTL, District Judge:

    The defendant U.A. Trucking shall file a notice of appearance by counsel by **December 14, 2007**. If U.A. Trucking fails to file a notice of appearance by December 14, 2007, the plaintiff may move by order to show cause why a default judgment should not be entered against U.A. Trucking. If a default judgment is granted, U.A. Trucking will have no trial.

SO ORDERED.

Dated:    New York, New York
           November 19, 2007

                                            John G. Koeltl
                                  United States District Judge