UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

CNA Insurance,

                Plaintiff,        07 Civ. 6346 (JGK)

    - against -              ORDER

Transportation Resources, et al.

                Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **March 7, 2008** at **2:30 p.m.** The Court will cancel the conference if, in advance of the conference, the parties stipulate to a scheduling order and submit it to the Court.

SO ORDERED.

Dated:    New York, New York
           January 31, 2008

                                                John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008