# LITCHFIELD CAVO LLP
Attorneys at Law

**MEMO ENDORSED**

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 104
New York, NY 10170
(212) 434-0100
(212) 434-0105 fax
email: velardo@litchfieldcavo.com

February 27, 2008

*By Fax: 212-805-7912*

Hon. John G. Koeltl, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street, Room 1030
New York, New York 10007


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08


RECEIVED
FEB 27 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Re:  CNA Ins. Co. a/s/o Coring, Inc. v. U.A. Trucking v. Lincoln General Ins. Co.
Docket No.:  07 CV 6346
Our File No.:  2604-560

Dear Judge Koeltl:

We have been retained by Third-Party Defendant Lincoln General Insurance Company in this matter. Let this serve as a request for an extension of time to file a responsive pleading to the Third-Party Complaint until March 7, 2008. We did not receive the case file and pleading until after the original due date for the Answer. Third-Party plaintiff's attorney, John Palmeri consents to this request.

In addition, we will attend the conference before Your Honor on March 7, 2008. Thank you for your kind attention to this matter.

Respectfully submitted,

Vincent J. Velardo (VV 7047)

VV:jc

SO ORDERED

2/27/08

Hon. John G. Koeltl, USDJ

---

Chicago • Hartford • Boston • New York • New Jersey • Tampa • Milwaukee • Los Angeles

www.litchfieldcavo.com

**LITCHFIELD**
Attorneys at Law **CAVO** LLP

Page 2

cc:
Palmeri & Gaven, Esqs.
*By Fax: (212) 732-0908*

McDermott & Radzik, LLP
*By Fax: (212) 376-6490*

Barry N. Gutterman & Associates, P.C.
*By Fax: (212) 983-1229*