UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CNA INSURANCE COMPANY
a/s/o CORNING, INC.,                                             **Index No.: 07 CV 6346**
                                                                 **(Judge Koeltl)**
                                Plaintiff,

-against-                                                        **Rule 7.1 Statement**

TRANSPORTATION RESOURCES, INC.
And U.A. TRUCKING, INC.,

                                Defendants.
----------------------------------------------------------------x
U.A. TRUCKING, INC.,

                                Third-Party Plaintiff,

-against-

LINCOLN GENERAL INSURANCE COMPANY,

                                Third-Party Defendant.
----------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for third-party defendant, LINCOLN GENERAL INSURANCE COMPANY, a non-governmental corporate party, certifies for purposes of Rule 7.1, only that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                Please see attached

Dated: New York, New York
       March 7, 2008
                                                  Respectfully submitted,

                                                  LITCHFIELD CAVO LLP

                                                  By: /s/ Vincent J. Velardo
                                                       Vincent J. Velardo (VV 7047)
                                                 420 Lexington Avenue, Suite 2104
                                                 New York, New York 10170
                                                 (212) 434-0100
                                                 *Attorneys for Third-Party Defendant*

## RIDER

Lincoln General is a subsidiary of Kingsway Financial Services Group, whose other subsidiaries include:

American Service Insurance Company Inc.,
U.S. Security Insurance Company,
Jevco Insurance Company,
Southern United Fire Insurance Company,
Universal Casualty Company,
York Fire & Casualty Insurance Company,
American Country Insurance Company,
Zephir Insurance Company, Inc.,
Mendota Insurance Company,
Mendakota Insurance Company,
Medota Insurance Agency Inc.