EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CNA INSURANCE COMPANY
a/s/o CORNING, INC.

                Plaintiff,

    - against -

TRANSPORTATION RESOURCES INC. and
U.A. TRUCKING INC.

                Defendants.
------------------------------------------------------X

ECF CASE

07 Civ. 6346 (JGK) (RLE)

JOINT SCHEDULING
ORDER

       The following Joint Scheduling Order is entered after consultation with the parties and pursuant to Rule 16 and Rule 26(f) of the Federal Rules of Civil Procedure:

1. Plaintiff and Defendant, Transportation Resources, Inc., submit that this case is non-jury. Defendant, U.A. Trucking Inc. has demanded a jury.

2. Joinder of additional parties: **March 14, 2008**

3. Amend the pleadings without Leave of Court: **March 31, 2008**

4. Initial Disclosure Statements: **March 31, 2008**

5. All fact discovery to be completed by: **August 22, 2008**

6. Initial requests for production of documents and interrogatories served by all parties by: **April 25, 2008**

7. All expert discovery, including reports and depositions to be completed by: **August 22, 2008**

8. Consent to Proceed before Magistrate Judge: No.

9. Status of settlement discussions: None.

**Sections 13 and 14 will be set at a conference with the Court.**

10. Motions: Summary Judgment to be filed within 45 days of completed of fact discovery

11. Oral Argument:

12. Joint Pre-Trial Order to be submitted by: October 31, 2008

13. Trial: _____

14. Other:

15: Name, contact information and signatures of counsel:

Edward C. Radzik (ER-2473)
McDermott & Radzik, LLP
*Attorneys for Plaintiff*

*[signature]*

Wall Street Plaza
New York, NY 10005-1801
(212) 376-6400

John J. Palmeri (JP-5818)
Palmeri & Gaven
*Attorneys for Defendant,*
*U.A. Trucking, Inc.*

80 Maiden Lane
New York, NY 10005
(212) 608-1717

Barry N. Gutterman (BG-6410)
Barry N. Gutterman & Associates, P.C.
*Attorneys for Defendant, Transportation*
*Resources, Inc.*

*[signature]*

60 East 46th Street
New York, NY 10165
(212) 983-1466

Vincent J. Velardo (VV-7047)
Litchfield Cavo LLP
*Attorneys for Lincoln General Ins. Co.*

*[signature]*

420 Lexington Avenue – Suite 2104
New York, NY 10170
(212) 434-0100

SO ORDERED:   New York, New York
              February ____, 2008

              March 6, 2008

              *[signature]*
              Honorable John G. Koeltl, (U.S.D.J.)

2

10. Motions: Summary Judgment to be filed within 45 days of completed of fact discovery

11. Oral Argument: None.

12. Joint Pre-Trial Order to be submitted by: October 31, 2008

13. Trial: _____

14. Other:

15: <u>Name, contact information and signatures of counsel:</u>

| | |
|---|---|
| Edward C. Radzik (ER-2473)<br>McDermott & Radzik, LLP<br>*Attorneys for Plaintiff* | Barry N. Gutterman (BG-6410)<br>Barry N. Gutterman & Associates, P.C.<br>*Attorneys for Defendant, Transportation Resources, Inc.* |
| _____<br>Wall Street Plaza<br>New York, NY 10005-1801<br>(212) 376-6400 | _____<br>60 East 46th Street<br>New York, NY 10165<br>(212) 983-1466 |
| John J. Palmeri (JP-5818)<br>Palmeri & Gaven<br>*Attorneys for Defendant,*<br>*U.A. Trucking, Inc.*<br>*/s/ John J. Palmeri*<br>80 Maiden Lane<br>New York, NY 10005<br>(212) 608-1717 | Vincent J. Velardo (VV-7047)<br>Litchfield Cavo LLP<br>*Attorneys for Lincoln General Ins. Co.*<br><br>_____<br>420 Lexington Avenue – Suite 2104<br>New York, NY 10170<br>(212) 434-0100 |

SO ORDERED: New York, New York
February ____, 2008

_____
Honorable John G. Koeltl, (U.S.D.J.)

2