JOHN J. PALMERI (JP-5818)
PALMERI & GAVEN, ESQS.
80 Maiden Lane - Suite 505
New York, NY 10038

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 08-01-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

CNA INSURANCE COMPANY
a/s/o CORNING, INC.

                       Plaintiffs,

                **ECF CASE**

       v.

                07 CIV.6346 (JGK) (RLE)

TRANSPORTATION RESOURCES INC. and
U.A TRUCKING INC.

                **JOINT SCHEDULING
ORDER**

                      Defendant.

———————————————————————————X

The following Joint Scheduling Order is entered after consultation with the

parties and pursuant to Rule 16 and Rule 26(f) of the Federal Rules of Civil Procedure:

1.          Defendant, Transportation Resources, Inc., submit that this case is non-jury. Defendant, U.A. Trucking, Inc. has demanded a jury.

2.      Joinder of additional parties : **September 30, 2008**

3.      Amend the pleadings without Leave of Court: **September 15, 2008**

4.      Initial Disclosure Statements: **March 31, 2008**

5.      All fact discovery to be completed by: **November 22, 2008**

6.      Initial requests for production of documents and interrogatories served by all parties by: **April 25, 2008**

7.      All expert discovery, including reports and depositions to be completed by: **November 22, 2008**

8.      Consent to Proceed before Magistrate Judge:    No

9.      Status of settlement discussions:  None



**Sections 13 and 14 will be set at a conference with the Court.**

10.    Motions:    Summary Judgment to be filed within 45 days of completed of fact discovery

11.    Oral Argument:

12.    Joint Pre-Trial Order to be submitted by: **January 30, 2009**

13.    ~~Trial:~~    *Ready Trial, 48 hours notice, February 6, 2009*

14.    Other:

15.    <u>Name, contact information and signatures of counsel:</u>

George Daly (GD-8616)
McDermott & Radzik, LLP
Attorneys for Plaintiff

*[signature]*

Wall Street Plaza
New York, NY 10005-1801
(212)-376-6400

John J. Palmeri (JP-5818)
Palmeri & Gaven
Attorneys for Defendant,
U.A. Trucking, Inc.

*[signature]*

80 Maiden Lane
New York, NY 10005
(212)-608-1717

Barry N. Gutterman (BG-6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant,
Transportation Resources, Inc.

*[signature]*

60 East ~~45th~~ Street  *42nd*
New York, NY 10165
(212)-983-1466

Vincent J. Velardo (VV-7047)
Litchfield Cavo
Attorneys for Lincoln Gen. Ins. Co.

*[signature]*

420 Lexington Avenue - Suite 2104
New York, NY 10170
(212)-434-0100

SO ORDERED:    New York, New York
                August 20, 2008

*[signature]*

Honorable John G. Koeltl, (U.S.D.J.)